**Order entered June 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00019-CV

### IN THE ESTATE OF WILLIAM L. MOORE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-0037-2**

## ORDER

Before the Court is the June 5, 2018 motion of appellees Arkansas Art Center and Arkansas Symphony Orchestra for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 13, 2018**.

/s/     DAVID EVANS
JUSTICE